# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−08−40544−jf |
| Edwardo Taveras | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−9746 | |
| DEBTOR(s) | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Robert L Geltzer (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Jerome Feller
United States Bankruptcy Judge

Dated: August 31, 2010

**BLfnld7** [Final Decree rev 08/07/06]

# CERTIFICATE OF NOTICE

```
District/off: 0207-1           User: jwilkinso              Page 1 of 1                  Date Rcvd: Aug 31, 2010
Case: 08-40544                 Form ID: 205                 Total Noticed: 4

The following entities were noticed by first class mail on Sep 02, 2010.
db          +Edwardo Taveras,   171 Trantor Place,   Apt. 1b,    Staten Island, NY 10302-1915
aty         +Robert L. Geltzer, Esq.,   1556 Third Avenue, Suite 505,   New York, NY 10126-0001
tr          +Robert L Geltzer,   1556 Third Avenue,   New York, NY 10128-3100
smg         +United States Trustee,   Office of the United States Trustee,   271 Cadman Plaza East,
              Brooklyn, NY 11201-1833
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Robert L Geltzer,   1556 Third Avenue,   New York, NY 10128-3100
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2010**                                **Signature:** *Joseph Speetjens*